IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | CRIMINAL NO. 10-433 (PAD) |
| IVAN RENTA-FELIX, | |
| Defendant. | |

# ERRATA SHEET

The Opinion and Order issued on February 14, 2017, at Docket No. 78, is amended *nunc pro tunc*, as follows:

On page 11, replace "Article 109 of the Penal Code" with "Article 108 of the Penal Code" and "Article 110 of the Penal Code" with "Article 109 of the Penal Code."

On page 12, replace "Article 109 of the Penal Code" with "Article 108 of the Penal Code" and "Article 110 of the Penal Code" with "Article 109 of the Penal Code."

The amended Opinion and Order is attached.